UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

St. Vincent Catholic Charities,

    Plaintiff,

v.

Ingham County Board of Commissioners,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:19-cv-1050

## AMENDED ORDER

This matter is before the Court on Defendant's motion to amend the Case Management Order. (ECF No. 48). Plaintiff opposes the motion. (ECF No. 51). The Court conducted a video hearing today at which counsel for both parties appeared. Having considered the parties' oral and written submissions, and for the reasons stated on the record, the motion is **GRANTED in part** and **DENIED in part**. Accordingly,

**IT IS ORDERED** that the Case Management Order (ECF No. 47) is amended to extend the discovery deadline 45 days from March 16, 2021, for the limited purpose of the discovery provided for in this Order.

**IT IS FURTHER ORDERED** that Defendant may, no later than fourteen days from the date of this Order, serve up to eight requests for production of documents and three requests for admission.

**IT IS FURTHER ORDERED** that the dispositive motion deadline is extended to June 1, 2021.

The motion is otherwise **DENIED**. Further, nothing in this Order shall be construed as otherwise amending the provisions of the Case Management Order (ECF No. 47).

**IT IS SO ORDERED**.

Date: March 19, 2021                    /s/ Phillip J. Green
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge