UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. VINCENT CATHOLIC CHARITIES,

    Plaintiff,

v.

INGHAM COUNTY BOARD OF COMMISSIONERS,

    Defendant.
_____/

CASE NO. 1:19-CV-1050

HON. ROBERT J. JONKER

## JUDGMENT

In accordance with the Opinion and Order entered this day and the previous orders of this Court, Judgment is entered in favor of Plaintiff St. Vincent Catholic Charities and against Defendant Ingham County Board of Commissioners in the amount of Four Thousand Eight Hundred Dollars ($4,800).  Plaintiff may recover interest and attorney fees as allowed by law.

**IT IS SO ORDERED.**

Dated:  July 21, 2023

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE