# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ST. VINCENT CATHOLIC CHARITIES, | |
| *Plaintiff,* | CASE NO. 1:19-CV-1050 |
| v. | HON. ROBERT J. JONKER |
| INGHAM COUNTY BOARD OF COMMISSIONERS, | MAG. PHILLIP J. GREEN |
| *Defendant.* | **STIPULATED ORDER** |

Lori H. Windham
Mark L. Rienzi
William J. Haun
Nicholas R. Reaves
The Becket Fund
   for Religious Liberty
1919 Pennsylvania Ave. NW
Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
lwindham@becketlaw.org

William R. Bloomfield (P68515)
Catholic Diocese of Lansing
Lansing, Michigan 48933-1122
(517) 342-2522
wbloomfield@dioceseoflansing.org

Bonnie G. Toskey (P30601)
Sarah K. Osburn (P55539)
Cohl, Stoker & Toskey, P.C.
601 N. Capitol Ave.
Lansing, Michigan 48933
Telephone: (517) 372-9000
btoskey@cstmlaw.com

1

## STIPULATED ORDER

WHEREAS Plaintiff and Defendant have initiated discussions in an attempt to resolve Plaintiff's outstanding claims, Defendant's determination of whether to appeal this Court's orders, and Plaintiff's entitlement to attorney's fees and costs in this matter without further litigation. To afford sufficient time for these discussions, the parties jointly request that the Court extend the August 4, 2023, deadline for Plaintiff to seek attorney's fees and costs under Fed. R. Civ. P. 54 and 42 U.S.C. § 1988 by sixty (60) days to October 3, 2023. The parties will provide the Court with an update on the status of the discussions within thirty (30) days of this stipulation.

IT IS HEREBY ORDERED that the deadline for Plaintiff to seek attorney's fees and costs is extended by sixty (60) days to October 3, 2023.

Dated: August ___, 2023

_____
HON. ROBERT J. JONKER
U.S. District Court Judge

The parties hereby Stipulate and Agree:

Date: August 1, 2023          */s/ Lori Windham*
                              Lori Windham
                              Attorney for Plaintiff

Date: August 1, 2023          */s/ Bonnie Toskey*
                              Bonnie Toskey
                              Attorney for Defendant