# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ST. VINCENT CATHOLIC CHARITIES,<br><br>*Plaintiff,*<br><br>v.<br><br>INGHAM COUNTY BOARD OF COMMISSIONERS,<br><br>*Defendant.* | CASE NO. 1:19-CV-1050<br><br>HON. ROBERT J. JONKER<br><br>**STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO SEEK ATTORNEY'S FEES AND COSTS** |

Bonnie G. Toskey (P30601)
Sarah Kay Osburn (P55539)
Cohl Stoker & Toskey, P.C.
601 N. Capitol Ave.
Lansing, MI 48933
(517) 372-9000
btoskey@cstmlaw.com

*Counsel for Defendant*

William J. Haun
Mark L. Rienzi
Lori H. Windham
Nicholas R. Reaves
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave NW, Suite 400
Washington, DC 20006
(202) 955-0095
lwindham@becketlaw.org

William R. Bloomfield (P68515)
Catholic Diocese of Lansing
Lansing, Michigan 48933-1122
(517) 342-2522
wbloomfield@dioceseoflansing.org

*Counsel for Plaintiff*

# STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO SEEK ATTORNEY'S FEES AND COSTS

The parties, by and through undersigned counsel, stipulate to extend the deadline for Plaintiff to seek attorney's fees and costs under Fed. R. Civ. P. 54 and 42 U.S.C. § 1988. The parties are still discussing the possibility of resolving fees without litigation. Accordingly, the parties agree that Plaintiff shall file its motion for attorney's fees and costs on or before October 16, 2023.

WHEREFORE, the parties respectfully request that this Honorable Court enter the attached proposed stipulated order to extend the deadline for Plaintiff to seek attorney's fees and costs.

IT IS SO STIPULATED.

Dated: September 26, 2023    /s/ *William J. Haun*
William J. Haun
Mark L. Rienzi
Lori H. Windam
Nicholas R. Reaves
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave NW, Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
lwindham@becketlaw.org

William R. Bloomfield (P68515)
Catholic Diocese of Lansing
Lansing, Michigan 48933-1122

1

                                       (517) 342-2522
                                       wbloomfield@dioceseoflansing.org

*Counsel for Plaintiff*

Dated: September 26, 2023        /s/ *Bonnie G. Toskey*
                                       Bonnie G. Toskey
                                       Cohl Stoker & Toskey, P.C.
                                       601 N. Capitol Ave.
                                       Lansing, MI 48933
                                       (517) 372-9000
                                       btoskey@cstmlaw.com

# ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO SEEK ATTORNEY'S FEES AND COSTS

This matter having come before the Court upon the parties' Stipulation to extend the deadline for Plaintiff to seek attorney's fees and costs under Fed. R. Civ. P. 54 and 42 U.S.C. § 1988.

IT IS HEREBY ORDERED that Plaintiff's motion for attorney's fees and costs shall be due on or before October 16, 2023.

IT IS SO ORDERED.

Dated:  September 27, 2023          /s/ Robert J. Jonker
                                    HON. ROBERT J. JONKER
                                    United States District Court Judge