IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ST. VINCENT CATHOLIC CHARITIES, <br><br> *Plaintiff,* <br><br> v. <br><br> INGHAM COUNTY BOARD OF COMMISSIONERS, <br><br> *Defendant.* | No. 1:19-CV-1050 <br><br> Hon. Robert J. Jonker <br><br> **PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND INTEREST** |

Pursuant to 42 U.S.C. § 1988(b) and this Court's order, ECF No. 84, Plaintiff respectfully moves this Court for an order requiring Defendant to pay Plaintiff's reasonable attorneys' fees, expenses, and interest, as set out in the memorandum filed in support of this motion. Plaintiff is the prevailing party under the Court's judgment. *See* ECF Nos. 74, 78.

A memorandum in support of this motion satisfying the requirements of Local Rule 7.1(d), accompanying exhibits, a certificate of concurrence, and a proposed order are filed contemporaneously with this motion.

WHEREFORE, Plaintiff respectfully requests that the Court order Defendant to pay attorneys' fees, expenses, and interest, in the amounts set out in the memorandum filed in support of this motion.

1

2

Dated: October 16, 2023					Respectfully submitted,

<u>*/s/ William J. Haun*</u>
William J. Haun
Mark L. Rienzi
Lori H. Windham
Nicholas R. Reaves
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW
Suite 400
Washington, DC 20006
(202) 955-0095
whaun@becketlaw.org

William R. Bloomfield (P68515)
Catholic Diocese of Lansing
Lansing, Michigan 48933-1122
wbloomfield@dioceseoflansing.org
(517) 342-2522
whaun@becketlaw.org

*Counsel for Plaintiff*

2

3

## CERTIFICATE OF SERVICE

    I hereby certify that on October 16, 2023, the foregoing, along with its accompanying memorandum, was served on all parties via ECF.

                                            /s/ *William J. Haun*
                                            William J. Haun