UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ST. VINCENT CATHOLIC CHARITIES,<br><br>   *Plaintiff*,<br><br>v.<br><br>INGHAM COUNTY BOARD OF COMMISSIONERS,<br><br>   *Defendant*. | Case No. 1:19-CV-1050<br><br>Hon. Robert J. Jonker<br><br>**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND INTEREST** |

William J. Haun
Mark L. Rienzi
Lori H. Windham
Nicholas R. Reaves
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave NW, Suite 400
Washington, DC 20006
(202) 955-0095
lwindham@becketlaw.org

William R. Bloomfield (P68515)
Catholic Diocese of Lansing
Lansing, Michigan 48933-1122
(517) 342-2522
wbloomfield@dioceseoflansing.org

*Counsel for Plaintiff*

Bonnie G. Toskey (P30601)
Sarah K. Osburn (P55539)
Cohl Stoker & Toskey, P.C.
601 N. Capitol Ave.
Lansing, MI 48933
(517) 372-9000
btoskey@cstmlaw.com
sosburn@cstmlaw.com

*Counsel for Defendant*

**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO
RESPOND TO PLAINTIFF'S MOTION FOR AWARD OF
ATTORNEYS' FEES, EXPENSES, AND INTEREST**

     The parties, by and through undersigned Counsel, stipulate to extend the deadline for Defendant to file its Response to Plaintiff's Motion for Award of Attorneys' Fees, Expenses, and Interest by two weeks, from October 30, 2023, to November 13, 2023.

WHEREFORE, the parties respectfully request that this Honorable Court enter the attached proposed stipulated order to extend the deadline for Defendant to file its Response to Plaintiff's Motion for Award of Attorneys' Fees, Expenses, and Interest.

IT IS SO STIPULATED.

Dated: October 23, 2023

/s/ *William J. Haun*
William J. Haun
Mark L. Rienzi
Lori H. Windam
Nicholas R. Reaves
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave NW, Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
lwindham@becketlaw.org

William R. Bloomfield (P68515)
Catholic Diocese of Lansing
Lansing, Michigan 48933-1122
(517) 342-2522
wbloomfield@dioceseoflansing.org

*Counsel for Plaintiff*

Dated: October 23, 2023

/s/ *Bonnie G. Toskey*
Bonnie G. Toskey
Cohl Stoker & Toskey, P.C.
601 N. Capitol Ave.
Lansing, MI 48933
(517) 372-9000
btoskey@cstmlaw.com

*Counsel for Defendant*

**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND INTEREST**

This matter having come before the Court upon the parties' Stipulation to extend the deadline for Defendant to file its Response to Plaintiff's Motion for Award of Attorneys' Fees, Expenses, and Interest by two weeks.

IT IS HEREBY ORDERED that Defendant shall file its Response to Plaintiff's Motion for Award of Attorneys' Fees, Expenses, and Interest on or before November 13, 2023.

IT IS SO ORDERED.

Dated:  October 24, 2023                                   /s/ Robert J. Jonker
                                                          HON. ROBERT J. JONKER
                                                          United States District Court Judge